**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Mykola Kovalchuk,

Petitioner,

v.

Christopher McGregor, et al.,

Respondents.

No. CV-26-01748-PHX-KML (MTM)

**ORDER**

The court granted a temporary restraining order on March 15, 2026. (Doc. 5.) That order is set to expire at 10:00 p.m. on March 29, 2026. A temporary restraining order may be extended for an additional fourteen-day period upon a showing of "good cause." Fed. R. Civ. P. 65(d). Good cause exists to extend the temporary restraining order to allow the court time to review the parties' positions and issue a reasoned decision on the request for a preliminary injunction. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 301 (1947) (extension appropriate because "[t]here was then in progress argument on defendants' motion"); *Dellinger v. Bessent*, 768 F. Supp. 3d 30, 33 (D.D.C. 2025) (finding good cause "so that the status quo will be preserved for the brief period of time it takes to complete the written opinion on the . . . motion for preliminary injunction").

Respondents argue petitioner is not entitled to relief because "his claims seeking additional procedures prior to [his] removal to a third country . . . are subsumed within the issues being activity litigated in *D.V.D.*" (Doc. 11 at 7.) The United States Court of Appeals for the First Circuit stayed the final judgment issued in *D.V.D.*, but that court did not

provide any reasoning when doing so. The absence of an explanation means the stay may be a product of issues unrelated to the viability of individual habeas petitions, such as issues involving the propriety of class certification. In these circumstances, it may be inappropriate to prohibit petitioner from seeking individualized relief in this court. Respondents must file a supplement explaining if they oppose issuance of a preliminary injunction limited to the time period pending a decision by the United States Court of Appeals for the First Circuit in the *D.V.D.* matter.

**IT IS ORDERED** the Motion to Expedite (Doc. 14) is **GRANTED**. The temporary restraining order issued on March 15, 2025 is **EXTENDED** an additional fourteen days from its current expiration.

**IT IS FURTHER ORDERED** no later than **April 1, 2026**, respondents shall file a statement as set forth above.

Dated this 27th day of March, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -