# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mykola Kovalchuk,<br><br>Petitioner,<br><br>v.<br><br>Christopher McGregor, et al.,<br><br>Respondents. | No. CV-26-01748-PHX-KML (MTM)<br><br>**ORDER** |

Respondents "do not oppose the entry" of a preliminary injunction prohibiting petitioner's removal pending a decision by the United States Court of Appeals for the First Circuit in the *D.V.D.* matter. (Doc. 16 at 1.) Based on petitioner's showing that merited issuance of the temporary restraining order, and respondents' non-opposition to issuance of a preliminary injunction,

**IT IS ORDERED** the Motion for Preliminary Injunction (Doc. 2) is **GRANTED** to the extent respondents are enjoined from removing petitioner Mykola Kovalchuk from the United States pending issuance of the mandate in *D.V.D. v. U.S. Dep't of Homeland Sec.*, No. 26-1212 (1st Cir.). No bond is required.

**IT IS FURTHER ORDERED** the parties shall notify the court within seven days of when the First Circuit issues a decision in *D.V.D. v. U.S. Dep't of Homeland Sec.*, No. 26-1212.

/

/

**IT IS FURTHER ORDERED** respondents shall file an update within ten days of any developments in petitioner's removal proceedings material to the issues raised in the petition for habeas corpus.

Dated this 2nd day of April, 2026.

_Krissa M. Lanham_
Honorable Krissa M. Lanham
United States District Judge

- 2 -